Sidney S. Lerner, M.D., Administrator, Estate of Samuel Lerner, Deceased *v.* Philadelphia Psychiatric Center and Pennsylvania Manufacturers' Association Insurance Company.   Workmen's Compensation Appeal Board of the Commonwealth of Pennsylvania.   Sidney S. Lerner, M.D., Appellant.

Argued June 10, 1976, before Judges CRUMLISH, JR., WILKINSON, JR., and MENCER, sitting as a panel of three.

*Sidney S. Lerner, M.D.,* appellant, for himself.

*David L. White,* with him *John F. McElvenny,* and *James N. Diefenderfer,* for appellees.

OPINION BY JUDGE MENCER, August 30, 1976:

The primary issue in this appeal from a determination of the Workmen's Compensation Appeal Board is the record support for the referee's finding of termination of decedent's disability on October 7, 1971. Appellees have conceded that the date of October 7, 1971 bears no relation to the evidence in the

record and therefore, at oral argument, they offered payment for the full period of disability until decedent's death on December 21, 1971. Since this concession necessarily renders moot appellant's other objection to the manner in which the hearings were conducted, and, since appellant has failed to properly preserve in his appeal any other matters adjudicated below, we shall issue the following.

## ORDER

AND Now, this 30th day of August, 1976, the order of the Workmen's Compensation Appeal Board, relative to the claim of Sidney S. Lerner, M.D., administrator of the estate of Samuel Lerner, deceased, is affirmed as herein modified. Accordingly, judgment shall be entered in favor of Sidney S. Lerner, M.D., administrator of the estate of Samuel Lerner, deceased, against the Philadelphia Psychiatric Center and Pennsylvania Manufacturers' Association Insurance Company, appellees, in the amount of $60 per week, commencing March 12, 1970 and continuing until December 21, 1971. Appellees shall also pay the following sums for medical expenses:

    (a)   $90 to Dr. Simon Polan
    (b)   $20 to Dr. Joseph Sirken.

All payments shall be subject to credit for any prior payments, relative to the above award items, made to the decedent or his estate. The above award is to bear interest at the rate of 10 percent per annum on all deferred payments of compensation, in accordance with the provisions of The Pennsylvania Workmen's Compensation Act.